Edward J. Maney
Chapter 13 Trustee
101 N. First Ave., Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| | ) | CASE NO. #2: 21-bk-08975-BKM |
| | ) | |
| ROSEANN FLORES, | ) | TRUSTEE'S EVALUATION AND |
| | ) | RECOMMENDATION(S) REPORT WITH |
| | ) | NOTICE OF POTENTIAL DISMISSAL IF |
| | ) | CONDITIONS ARE NOT SATISFIED |
| | ) | RE: MODIFIED CHAPTER 13 PLAN |
| (Debtor(s)) | ) | *Docket #27    filed August 13, 2024* |

Edward J. Maney, Trustee, has analyzed the Debtor's Modified Chapter 13 Plan and supporting documents and submits the following evaluation and recommendation(s):

1. The Modified Plan proposes the following changes in the confirmed plan:

   a. Despite the Debtor being delinquent on plan payments, the Modified Plan *increases* plan payments for months 1 through 11 from $145 per month to $300 per month.
   b. Plan payments for months 12 through 16 are *also increased* from $145 per month to $150 per month.
   c. A four (4) month waiver of plan payments is included for months 17 through 20.
   d. Plan payments resume September 2023 (month 21) at $130 per month.
   e. Attorney fees are increased by an apparent $850.

2. **Instead of providing relief from delinquent payments, if the changes detailed above are implemented, the Debtor's plan payment delinquency grows from $750 to $1,690.**

   *The Trustee's office contacted Debtor's counsel twice to alert him to the issue above, but no revised Modified Plan was filed.*

3. The Trustee requires copies of Debtor's two most recent consecutive paycheck stubs from each employer for verification of income and deductions.

4. The Trustee requires the debtor file amend budget schedule(s) to substantiate her currently proposed plan payment amount of $130 per month.

5. The Trustee requires the debtor provide justification for her request for a 4-month waiver of plan payment(s) and documentation of any unexpected expenses for that she may point to as responsible for her inability to pay.

6. Pursuant to the Court's Order of May 2, 2022, the Trustee requires a **completed** and **signed** copy of Debtor(s) 2023 State and Federal tax returns, W-2's and 1099's.

7. In cases where Debtor's counsel has agreed to represent Debtor(s) on a flat fee basis, provided the original and modified plan so provide in Section (C)(2)(b), Trustee will not object to a flat fee of $850.00 for a confirmed modified plan. Fees in excess of $850 for modified plans – or where the original plan fails to specify a flat fee for modified plans -- must be approved by the Court after filing and noticing a fee application.

DEBTORS / DEBTORS' COUNSEL REMINDER - A letter is to be submitted to the Trustee, accompanying any Order Confirming, addressing all issues as they are listed in the Trustee's Recommendation.  <u>In addition, **all** documents (ex: tax returns, paystubs etc.) submitted to the Trustee must be redacted – in compliance with Fed.R.Bankr.P.9037 -- by debtors and/or their counsel.</u>

In summary, the Modified Plan can be confirmed subject to the condition(s) noted above, adequate funding, and timely filed Stipulated Order Confirming, and Court approval.  ***The Trustee requires that any Stipulated Order Confirming contain the "wet" signatures from the debtors (where applicable), debtors counsel and objecting creditors if there are any***. General unsecured creditors (including secured creditors with unsecured deficiency balances) will be paid through the Trustee, subject to timely filed and allowed claims. Chapter 7 reconciliation requirement will be met given debtors' scheduled equity in non-exempt property at petition date. **You are hereby advised that the Trustee may lodge an Order of Dismissal should Debtor fail to respond to items #2, #3, #4, #5, #6 above and submit a Stipulated Order Confirming to the Trustee for review and signature or request a hearing within 30 days from the date of the mailing of this Trustee's Recommendation.**

Date See Electronic Signature Block

EDWARD J. MANEY,
CHAPTER 13 TRUSTEE

By: _____
Edward J. Maney ABN 12256
CHAPTER 13 TRUSTEE
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
(602) 277-3776
ejm@maney13trustee.com

Copies of the forgoing
Mailed [see electronic signature],
to the following:

Roseann Flores
702 South 6th Avenue
Tucson, Arizona 85701
Debtor

Thomas A. McAvity, Esq.
PHOENIX FRESH START
4131 Main Street
Skokie, IL 60076-2780
Debtor's counsel

By:_____
Trustee's Clerk